MENNEMEIER GLASSMAN LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1780
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
SUN BRIDGE SYSTEMS, LLC and
THE MARKETING SOURCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LIVELY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBBEAN CRUISE LINES, INC., a Florida Corporation; SUNBRIDGE SYSTEMS, LLC, a Florida Limited Liability Company; THE MARKETING SOURCE, INC., a Florida Corporation; and DOES 3 through 20, inclusive, and each of them,<br><br>Defendants. | CASE NO: 2:14-cv-00953-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |

THE COURT, having reviewed Defendants' Ex Parte Application to Extend Time to Answer or Otherwise Plead; Memorandum of Points & Authorities in Support of Application; Declaration of Benjamin Hillard in Support of Ex Parte Application hereby GRANTS Defendants' request and orders that Defendants shall file and serve any answer or other responsive document to the Complaint no later than March 18, 2015.

DATED: 2/19/2015                    /s/ John A. Mendez_____

                                                      U. S. District Court Judge